UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD ECHOLS, | : |
|     Petitioner, | : |
| | : |
| v. | :   No. 2:18-cv-03574 |
| | : |
| MELISSA HAINSWORTH, SUPERINTENDENT | : |
| SCI SOMERSET, THE DISTRICT ATTORNEY | : |
| OF THE COUNTY OF PHILADELPHIA, and | : |
| THE ATTORNEY GENERAL OF THE STATE | : |
| OF PENNSYLVANIA, | : |
|     Respondents. | : |

## O R D E R

**AND NOW**, this 19th day of May, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Petitioner's objections to the Report and Recommendation, *see* ECF No. 38, are **OVERRULED.**

2. The Report and Recommendation, *see* ECF No. 33, is **APPROVED and ADOPTED, in part, and MODIFIED, in part.**

3. The petition for a writ of habeas corpus, *see* ECF No. 1, is **DENIED and DISMISSED.**

4. This case is **CLOSED.**

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge